

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2016

No. 04-16-00344-CV

**IN THE INTEREST OF A.A.T., A CHILD**,

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 31,313
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2.

Although the reporter's record was due on June 13, 2016, no reporter's record has been filed. *See* TEX. R. APP. P. 35.1(b) (requiring the reporter's record in an accelerated appeal to be filed within 10 days after the notice of appeal is filed). The court reporter filed a Notice of Late Record with this court and requested a thirty-day extension. However, an extension in an accelerated appeal must not exceed ten days. *See id.* 35.3(c) (limiting extensions of time in an accelerated appeal). It is therefore ORDERED that the reporter's record must be filed in this appeal no later than ten days from the date of this order. No motions for extension of time will be granted absent extenuating circumstances. *See id.*

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court